IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

VANCE W. BREWER and CINDY T.
BREWER,

        Plaintiffs,

   v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR THE
HOLDERS OF NEW CENTURY HOME
EQUITY LOAN TRUST, SERIES 2005-
A, ASSETT BACKED PASS-THROUGH
CERTIFICATE, and RECONTRUST
COMPANY, N.A.,

        Defendants.

1:12-CV-1803-PA

Amended
**TEMPORARY RESTRAINING ORDER**

**PANNER, District Judge.**

    Noting that a party initiating non-judicial foreclosure proceedings in Oregon must first record all assignments of the trust deed, I previously issued a restraining order enjoining the foreclosure sale of plaintiffs' house and set a hearing regarding a preliminary injunction. Plaintiffs now request a two-week

1 - ORDER

extension of the restraining order, noting discussions with defendants which could render the requested preliminary injunction moot.

I grant plaintiffs' motion to continue (#10), extend the restraining order for two weeks, and reschedule the show-cause hearing on whether to issue an injunction. Defendants, and their officers and agents, and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 850 South Fifth Street, Central Point, Oregon, from this day until Monday, November 5, 2012, at 5:00 p.m. I will hold a hearing on whether to issue a preliminary injunction at 9:30 a.m. on November 5, 2012, in the James A. Redden Courthouse in Medford.

IT IS SO ORDERED.

DATED this 22 day of October, 2012 at 9:30 o'clock a.m.

*Owen M. Panner*
Owen M. Panner
United States District Judge

2 - ORDER